# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:26-mj-1070-RJ

United States of America,
    Plaintiff,

v.                                                    NOTICE OF HEARING

Devion L. Canty,
    Defendant.

TYPE OF CASE:

____Civil    __X__ Criminal    ____2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| April 9, 2026 at 10:00 AM | Initial Appearance |
| LOCATION OF HEARING: United States Courthouse - Courtroom 3 2 Princess Street Wilmington, North Carolina 28401 | |

PETER A. MOORE, JR.
Clerk of Court

_3/6/2026_____
Date

Deputy Clerk

TO:
Defendant (via US Mail)
Gordon Behr (via CM/ECF Notice of Electronic Filing)