CLERK'S OFFICE
UNITED STATES DISTRICT COURT
2 Princess St.
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON, NORTH CAROLINA 28401

OFFICIAL BUSINESS

RECEIVED

MAR 13 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

X-RAYED
CSO

GREENSBORO NC 270

7 MAR 2026 PM 2 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 28401
02 7H
0006079889     MAR 06 2026

$ 001.03⁰

Devion L. Canty
2330 Apex Landing Way
Charlotte, NC 28217

IE        Z81   DE 1700        0003/11/26
          RETURN TO SENDER
          INSUFFICIENT ADDRESS
          UNABLE TO FORWARD

IA       BC: 28401398699      *0280-02887-07-36
28401>3986   28217

# United States District Court

**EASTERN DISTRICT OF NORTH CAROLINA**
**OFFICE OF THE CLERK**
**SOUTHERN DIVISION**

2 PRINCESS STREET
WILMINGTON, NC 28401
(910) 815-4663

March 6, 2026

Devion L. Canty
2330 Apex Landing Way
Charlotte, NC 28217

      RE:    United States of America v. Canty
              Case No. 7:26-mj-1070-RJ

Dear Mr. Canty:

The enclosed criminal charges have been filed against you for violations of federal law that occurred at Marine Corps Base, Camp Lejeune, North Carolina.

Your initial appearance before U.S. Magistrate Judge Robert B. Jones, Jr. is on **Thursday, April 9, 2026.** Court will begin at 10:00 a.m.; however, you are required to be there by 9:30 a.m. to meet with court personnel regarding your case. The courtroom is located at the Alton Lennon Federal Building, 2 Princess Street, Wilmington, North Carolina. **You must present photo identification to enter the building and cell phones are not permitted.**

Please call the Camp Lejeune SAUSA Section of the Legal Services Support Section - East at (910) 451-5067 if you have any questions regarding your case or the scheduling of your case.

              Sincerely,
              Peter A. Moore, Jr., Clerk of Court

              Deputy Clerk

Enclosures

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:26-mj-1070-RJ

United States of America,
    Plaintiff,

v.

Devion L. Canty,
    Defendant.

## NOTICE OF HEARING

TYPE OF CASE:

    ____Civil    __X__ Criminal    _____2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| April 9, 2026 at 10:00 AM | Initial Appearance |
| LOCATION OF HEARING:    United States Courthouse - Courtroom 3<br>2 Princess Street<br>Wilmington, North Carolina 28401 | |

PETER A. MOORE, JR.
Clerk of Court

__3/6/2026__
Date

Deputy Clerk

TO:
Defendant (via US Mail)
Gordon Behr (via CM/ECF Notice of Electronic Filing)