IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-mj-1070-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEVION L. CANTY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant appear before this court at **10:00 a.m. on**

**June 11, 2026 in Courtroom 3, 2 Princess Street, Wilmington, North Carolina** to show cause

why defendant should not be held in contempt of court for failing to appear on April 9, 2026 for

his initial appearance. If defendant fails to appear in court as herein ordered, a warrant for

defendant's arrest may be issued.

SO ORDERED, this the 10th day of April, 2026.

ROBERT B. JONES, JR.
United States Magistrate Judge