CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
2 PRINCESS ST.
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON, NORTH CAROLINA 28401

OFFICIAL BUSINESS

GREENSBORO NC 270

17 APR 2026 PM

US POSTAGE IMI PITNEY BOWES

ZIP 28401
02 7H
0006079889     APR 15 2026

$ 000.74⁰

X-RAYED
CSO

**RECEIVED**

APR 27 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Devion L. Canty
2330 Apex Landing Way
Charlotte, NC 28217

NIXIE          274    DE 1700          0004/24/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 28401398699          *0280-05532-17-32

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-mj-1070-RJ

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )          ORDER
                               )
DEVION L. CANTY,               )
                               )
            Defendant.         )

IT IS ORDERED that the defendant appear before this court at **10:00 a.m. on**

**June 11, 2026 in Courtroom 3, 2 Princess Street, Wilmington, North Carolina** to show cause

why defendant should not be held in contempt of court for failing to appear on April 9, 2026 for

his initial appearance. If defendant fails to appear in court as herein ordered, a warrant for

defendant's arrest may be issued.

SO ORDERED, this the 10th day of April, 2026.

ROBERT B. JONES, JR.
United States Magistrate Judge

I certify the foregoing to be a true and correct
copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina
By _____
        Deputy Clerk